John S. Stubbs et al., as Executors, etc., Respondents, *v.*
    Edward C. Ripley, Impleaded, etc., Appellant.

(Argued October 19, 1886; decided October 29, 1886.)

*Nathaniel C. Moak* for appellant.

*Nelson J. Waterbury* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.